CHILTON THOMPSON v. THE CIRCUIT JUDGE FOR SHIAWASSEE COUNTY.

*Affidavit of publication in chancery.*

An affidavit of publication in chancery must state the facts of inquiry on which it bases the conclusion therein expressed that defendant is absent from the State or concealed within it.

Mandamus.   Submitted June 17.   Denied June 18.

*A. R. McBride* for relator.

PER CURIAM.   An affidavit for publication in a chancery cause which merely states that the affiant cannot find the defendant in the State by reason of his absence from the State or of his concealment within it, is not sufficient.   The affidavit should state the facts of inquiry and investigation, so that the court can see that the conclusion that the party cannot be found for the reason stated is a reasonable one upon such facts.